UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of Substitution of Counsel,<br><br>RYAN W. STITT. | **ORDER** |

 IT IS HEREBY ORDERED that RYAN W. STITT, Esq., 185 F Street, Suite 100-K, San Diego, CA 92101, phone: (619) 255-0553, email: rstitt@stittvu.com, be substituted as appointed counsel in the stead of and following his departure from Federal Defenders of San Diego, Inc., in the attached list of cases, effective after December 1, 2022.

**SO ORDERED.**

DATED: 11/22/22

By: _____
HON. DANA M. SABRAW
United States District Chief Judge

CASES TRANSFERRED FROM FEDERAL DEFENDERS OF SAN DIEGO, INC. TO RYAN W. STITT, ESQ., AS OF DECEMBER 1, 2022

| CASE NAME AND CRIM. NO. | NEXT COURT DATE FOR: |
|---|---|
| UNITED STATES v. DE LOS SANTOS AVENDANO<br>19-CR-02440-WQH-3 | JANUARY 17, 2023 @ 9:00 A.M. FOR MOTION HEARING/ TRIAL SETTING BEFORE THE HON. WILLIAM Q. HAYES |
| UNITED STATES v. JOSUE ARMANDO ULLOA-WRIGHT<br>21-CR-02845-W-1 | JANUARY 9, 2023 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. THOMAS J. WHELAN |
| UNITED STATES v. JORGE ALFREDO BARAJAS SANTOS<br>21-CR-03608-CAB-4 | DECEMBER 21, 2022 @ 11:00 A.M. FOR MOTION HEARING BEFORE THE HON. CATHY ANN BENCIVENGO |
| UNITED STATES v. FRANCISCO DELGADO<br>22-CR-01174-BAS | DECEMBER 12, 2022 @ 2:00 P.M. FOR MOTION HEARING BEFORE THE HON. CYNTHIA BASHANT |
| UNITED STATES v. JOANNE VILLEGAS<br>22-CR-01014-JLS | JANUARY 27, 2023 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. JANIS L. SAMMARTINO |
| UNITED STATES v. STEPHANIE ELVIRA MORA<br>22-CR-01459-BAS | DECEMBER 12, 2022 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. CYNTHIA BASHANT |
| UNITED STATES v. HECTOR DAVID IBARRA<br>22-CR-01373-DMS-1 | DECEMBER 9, 2022 @ 11:30 A.M. FOR STATUS HEARING BEFORE THE HON. DANA M. SABRAW |
| UNITED STATES v. RENE EFREN LEMUS<br>22-CR-01420-W | JANUARY 23, 2023 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. THOMAS J. WHELAN |
| UNITED STATES v. STEPHANIE ELVIRA MORA<br>19-CR-00621-BAS | DECEMBER 12, 2022 @ 9:00 A.M. FOR THE REVOCATION OF SUPERVISED RELEASE HEARING BEFORE THE HON. CYNTHIA BASHANT |
| UNITED STATES v. MARIO ALEJANDRO VARGAS<br>22-CR-01658-JO | FEBRUARY 10, 2023 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. JINSOOK OHTA |
| UNITED STATES v. WALTER IVAN SAMAYOA MENDOZA<br>22-CR-01652-TWR | JANUARY 6, 2023 @ 9:30 A.M. FOR SENTENCING HEARING BEFORE THE HON. TODD W. ROBINSON |
| UNITED STATES v. PEDRO BUSTAMANTE MACHUCA<br>22-CR-01701-BAS | JANUARY 9, 2023 @ 9:00 A.M. FOR SENTENCING HEARING BEFORE THE HON. CYNTHIA BASHANT |
| UNITED STATES v. PEDRO BUSTAMANTE MACHUCA<br>22-CR-10111-BAS | JANUARY 9, 2023 @ 9:00 A.M. FOR FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE BEFORE THE HON. CYNTHIA BASHANT |

| CASE NAME AND CRIM. NO. | NEXT COURT DATE FOR: |
|---|---|
| UNITED STATES v. SUGEIT KARINA MARTINEZ-HIGADERA<br>22-CR-02237-LL | DECEMBER 19, 2022 @ 1:30 P.M. FOR MOTION HEARING/ TRIAL SETTING BEFORE THE HON. LINDA LOPEZ |
| UNITED STATES v. MARIA PAEZ<br>22-CR-02238-GPC | DECEMBER 12, 2022 @ 1:30 P.M. FOR MOTION HEARING/TRIAL SETTING BEFORE THE HON. GONZALO P. CURIEL |
| UNITED STATES v. VICTORIA DANIELLE FELIX<br>22-CR-02389-TWR | DECEMBER 16, 2022 @ 1:30 P.M. FOR MOTION HEARING/TRIAL SETTING BEFORE THE HON. TODD W. ROBINSON |
| UNITED STATES v. ANGEL JOSUE MARENTEZ-MARTINEZ<br>22-CR-2641-CAB-1 | JANUARY 6, 2023 @ 10:30 A.M. FOR MOTION HEARING/TRIAL SETTING BEFORE THE HON. CATHY ANN BENCIVENGO |
| UNITED STATES v. JESUS MANUEL CABRERA<br>22-CR-2640-W | NOVEMBER 28, 2022 @ 12:00 P.M. FOR MOTION HEARING BEFORE THE HON. THOMAS J. WHELAN |
| UNITED STATES v. ANTONIO MEDINA-FLORES<br>22-CR-02632-GPC | NOVEMBER 22, 2022 @ 10:00 A.M. FOR BOND HEARING BEFORE THE HON. WILLIAM V. GALLO |
| UNITED STATES v. WILLIAM CALVERT GARRETT<br>19-CR-07016-DMS | JANUARY 19, 2023 @ 10:00 A.M. FOR STATUS HEARING BEFORE THE HON. DANA M. SABRAW |
| UNITED STATES v. THOMAS GRAHAM<br>22-MJ-03956-WVG | NOVEMBER 22, 2022 @ 9:30 A.M. FOR ARRAIGNMENT/PRELIMINARY HEARING BEFORE THE<br>HON. DAVID D. LESHNER |
| UNITED STATES v. CLAUDIA GRANA LEON<br>22-MJ-03969-WVG | NOVEMBER 22, 2022 @ 9:00 A.M. FOR ARRAIGNMENT/PRELIMINARY HEARING BEFORE THE<br>HON. WILLIAM V. GALLO |
| UNITED STATES v. CYNTHIA MICHELLE ALVARADO<br>22-MJ-03988-JLB | NOVEMBER 22, 2022 @ 9:00 A.M. FOR ARRAIGNMENT/PRELIMINARY HEARING BEFORE THE<br>HON. JILL L. BURKHARDT |
| UNITED STATES v. DIEGO SEBASTIAN SANCHEZ AMEZQUITA<br>22-MJ-04003-JLB | NOVEMBER 22, 2022 @ 9:00 A.M. FOR ARRAIGNMENT/PRELIMINARY HEARING BEFORE THE<br>HON. JILL L. BURKHARDT |
| UNITED STATES v. EDWARD LUCIANO MARQUEZ<br>22-MJ-03984-JLB | NOVEMBER 23, 2022 @ FOR INITIAL APPEARANCE BEFORE THE HON. DAVID D. LESHNER |
| UNITED STATES v. JAIRO JESUS YANCES<br>22-MJ-04007-JLB | NOVEMBER 29, 2022 @ 9:00 A.M. FOR ARRAIGNMENT/PRELIMINARY HEARING BEFORE THE<br>HON. JILL L. BURKHARDT |
| UNITED STATES v. CHRISTIAN EMMANUELL GAVINO | DECEMBER 9, 2022 @ 10:30 A.M. FOR MOTION HEARING/TRIAL SETTING BEFORE THE |

| CASE NAME AND CRIM. NO. | NEXT COURT DATE FOR: |
|---|---|
| 22-CR-02527-JO-2 | HON. JINSOOK OHTA |
| UNITED STATES V. DONATO AGUIRRE-GARCIA<br>14-CR-03331-LAB | NOVEMBER 22, 2022 @ 9:00 A.M. FOR PRELIMINARY REVOCATION OF SUPERVISED RELEASE BEFORE THE HON. JILL L. BURKHARDT |
| UNITED STATES V. RAYSHAN THOMAS<br>16-CR-01284-MMA-1 | DECEMBER 14, 2022 @ 9:30 A.M. FOR FINAL HEARING RE REVOCATION OF SUPERVISED RELEASE BEFORE THE HON. MICHAEL M. ANELLO |
| UNITED STATES V. RAFAEL OROZCO-VELASQUEZ<br>22-MJ-04067-MSB-2 | DECEMBER 1, 2022 @ 1:30 P.M. FOR PRELIMINARY HEARING BEFORE THE HON. MICHAEL S. BERG |
| UNITED STATES V. SIJIFREDO BARRIGA<br>22-MJ-04096-MSB-1 | NOVEMBER 22, 2022 @ 1:30 P.M. FOR PRELIMINARY HEARING BEFORE THE HON. MICHAEL S. BERG |
| UNITED STATES V. ANDREA DENISE CONTRERAS-VERGARA<br>19-MJ-24177-MSB-WQH | MEMORANDUM OF LAW AND FACT DUE DECEMBER 1, 2022 |
| UNITED STATES V. VANESSA YVETTE GUTIERREZ<br>12-CR-04304-BTM | NOVEMBER 29, 2022 @ 9:30 A.M. FOR PRELIMINARY REVOCATION OF SUPERVISED RELEASE HEARING BEFORE THE HON. DAVID D. LESHNER |